IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cv-00119-W

| | | |
|---|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation; ARISTA RECORDS, LLC, a Delaware limited liability company; and WARNER BROS. RECORDS, INC., a Delaware corporation | ) ) ) ) ) ) | ORDER |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| STEVE PLANTTENBERGER | ) ) | |
| Defendants. | ) ) ) | |

TAKE NOTICE that this matter has been set for hearing on Plaintiffs' Motion for Default Judgment (Doc. No. 10) before the undersigned United States District Judge, to be held at **4:15 p.m. on October 1, 2007**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to ten (10) minutes per side..

**IT IS SO ORDERED.**

Signed: September 13, 2007

Frank D. Whitney
United States District Judge