# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:06-cv-00119-W

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation; ARISTA RECORDS, LLC, a Delaware limited liability company; and WARNER BROS. RECORDS, INC., a Delaware corporation<br><br>        Plaintiffs,<br><br>   vs.<br><br>STEVE PLANTTENBERGER<br><br>        Defendants. | ORDER |

ORDER GRANTING DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion For Default Judgment, arguments presented at hearing on October 1, 2007, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Seventy Five dollars ($375.00).

3. Defendant further shall be and hereby is enjoined from directly or indirectly infringing

Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Murder On Music Row," on album "Latest Greatest Straitest Hits," by artist "George Strait" (SR# 278-184);

- "My Heart Is Lost to You," on album "Steers & Stripes," by artist "Brooks & Dunn" (SR# 294-305);

- "Blue Clear Sky," on album "Blue Clear Sky," by artist "George Strait" (SR# 221-625);

- "With You," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);

- "Voodoo," on album "Godsmack," by artist "Godsmack" (SR# 241-879);

- "I Do (Cherish You)," on album "Wish You Were Here," by artist "Mark Wills" (SR# 251-938);

- "Baby Your Baby," on album "Pure Country," by artist "George Strait" (SR# 146-421);

- "She Used To Be Mine," on album "Hard Workin' Man," by artist "Brooks & Dunn" (SR# 168-005);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

4. The Clerk is DIRECTED to close the case.

**IT IS SO ORDERED.**

Signed: October 2, 2007

Frank D. Whitney
United States District Judge